**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Michael Velasquez,

PLAINTIFF(S)

v.

Kelly Services USA, LLC, et al,

DEFENDANT(S).

CASE NUMBER

SACV 21-01179JVS(DFMx)

**ORDER RETURNING CASE**
**FOR REASSIGNMENT**

IT IS ORDERED that the above-entitled case is hereby returned to the Clerk for random reassignment pursuant to the provisions of General Order 21-01.

7/9/21

Date

United States District Judge James V Selna

**NOTICE TO COUNSEL FROM CLERK**

This case has been reassigned to Judge ___Cormac J. Carney___ for all further proceedings. On all documents subsequently filed in this case, please substitute the initials ___CJC(DFMx)___ after the case number in place of the initials of the prior judge so that the case number will read ___8:21-cv-01179-CJC(DFMx)___ This is very important because documents are routed to the assigned judge by means of the initials.

cc:  ☒ *Previous Judge*   ☐ *Statistics Clerk*