1  LYON LEGAL, P.C.
   DEVON M. LYON, ESQ. (State Bar No. 218293)
2     Email: d.lyon@lyon-legal.com
   MATTHEW B. PEREZ, ESQ. (State Bar No. 326350)
3     Email: m.perez@lyon-legal.com
   2698 Junipero Ave., Suite 201A
4  Signal Hill, CA 90755
   (562) 216-7382 Telephone
5  (562) 216-7385 Facsimile

6  Attorney for Plaintiff,
   **MICHAEL VELASQUEZ**

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10                           **SOUTHERN DIVISION**

11

| | |
|---|---|
| MICHAEL VELASQUEZ, an individual, | Case No.: 8:21-00179-CJC (DFM) |
| Plaintiff, | *Assigned for all purposes to the Honorable Cormac J. Carney* |
| vs. | |
| KELLY SERVICES USA, LLC, a California Corporation; PHILLIPS-MEDISIZE COSTA MESA, LLC, a California Corporation and DOES 1-10 inclusive, | **STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE** |
| Defendants. | Date Action Filed: May 13, 2021 |

STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE
1

85249699v.1

**TO THE COURT, ALL INTERESTED PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**IT IS HEREBY STIPULATED** by and between all parties to this action, through their designated counsel, that the original Complaint and all claims contained therein, filed by Plaintiff MICHAEL VELASQUEZ against Defendants KELLY SERVICES USA, LLC, PHILLIPS-MEDISIZE COSTA MESA, LLC and DOES 1-10, be dismissed in their entirety with prejudice pursuant to FRCP 41(a)(1)(ii).  This dismissal is pursuant to a written settlement agreement between the parties.

**IT IS SO STIPULATED.**

|  |  |
|---|---|
|  | LYON LEGAL, P.C. |
| Dated: July 26, 2022 | By:  */S/ Matthew B. Perez* <br> DEVON M. LYON, ESQ. <br> MATTHEW B. PEREZ, ESQ. <br> Attorney for Plaintiff, <br> **SOCHETRA SAO** |
| Dated:  July 25, 2022 | SEYFARTH SHAW LLP |
|  | By:  */s/ Barri Friedland* <br> BARRI FRIEDLAND, ESQ. <br> Attorneys for Defendant, <br> **KELLY SERVICES USA, LLC** |

STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE
2

85249699v.1

| | | |
|---|---|---|
| Dated: July 25, 2022 | | BARNES & THORNBURG LLP |

By:     /s/ *Mark Wallin*
           MARK WALLIN, ESQ.
           Attorneys for Defendant,
           **PHILLIPS-MEDISIZE COSTA MESA, LLC**

## **ATTESTATION**

I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: July 25, 2022          SEYFARTH SHAW LLP

By:     */s/ Barri Friedland*
           BARRI FRIEDLAND, ESQ.
           Attorneys for Defendant,
           **KELLY SERVICES USA, LLC**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PROOF OF SERVICE

85249699v.1